**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner
Vladimir Stephane Louis

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR STEPHANE LOUIS, | Case No. 1:26-cv-01414-DC-CKD |
| Petitioner, (A 231-452-588), | |
| v. | **STATUS REPORT OF APPOINTED COUNSEL REGARDING RELATED IMMIGRATION PROCEEDINGS; REQUEST TO HOLD PETITION IN ABEYANCE** |
| WARDEN OF THE MESA VERDE DETENTION FACILITY; ICE/ERO SAN FRANCISCO FIELD OFFICE DIRECTOR (Current or Acting); DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (Current or Acting); SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY (Current or Acting); UNITED STATES ATTORNEY GENERAL (Current or Acting), Respondents. | |

Petitioner filed this habeas action pro se. The Court thereafter appointed undersigned counsel to represent Petitioner. Since appointment, undersigned counsel has been investigating Petitioner's custody and removal posture and coordinating with immigration counsel to confirm

the current status of the related removal proceedings and the likely near-term impact of those proceedings on Petitioner's detention.

Immigration counsel has advised that Petitioner's removal proceedings remain pending and that the master calendar hearing has been continued to April 14, 2026. Immigration counsel further advises that he has filed a motion in the immigration court seeking termination of proceedings, and that—pending completion of background checks—DHS has indicated a willingness to join in the requested termination. If the immigration court terminates proceedings as anticipated, Petitioner expects that any current basis for civil immigration detention would be vitiated and that he would be released from custody. In that event, this habeas action may become moot, or at minimum may be materially narrowed.

In light of these developments and the likelihood of a near-term resolution in immigration court, undersigned counsel respectfully requests that the Court hold this matter in abeyance and set a deadline for a further status report shortly after the April 14, 2026 master calendar hearing (or on another schedule the Court deems appropriate), so that the Court and Respondents can be promptly informed of the outcome and any remaining issues, if any.

Counsel also respectfully notes that the docket reflects Petitioner paid the $5.00 filing fee at the time the Petition was opened. Accordingly, to the extent any in forma pauperis issues remain pending, counsel requests that the Court deem any such request moot (or otherwise vacate any requirement that Petitioner submit additional IFP materials), since the filing fee has been satisfied.

This Status Report is provided to apprise the Court of developments and to request a short abeyance pending the immigration court's anticipated action. It is not intended to concede any claim, defense, or remedy, and Petitioner reserves all rights.

Dated: March 14, 2026

Respectfully submitted,

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

By: /s/ Jan Karowsky
**JAN DAVID KAROWSKY**
Attorney for Petitioner
Vladimir Louis

## <u>ORDER</u>

Having considered the Status Report of Appointed Counsel Regarding Related Immigration Proceedings and Request to Hold Petition in Abeyance, and **good cause appearing**, the Court **ORDERS** as follows:

This matter is held in abeyance pending anticipated developments in Petitioner's related immigration proceedings.

The Court's current deadline for Petitioner (A 231-452-588) to file an Amended Petition for Writ of Habeas Corpus and/or a Motion for Preliminary Injunctive Relief/Temporary Restraining Order (currently set for March 24, 2026) is STAYED.

Appointed counsel shall file either:

(a) an amended petition and/or motion for preliminary relief,

(b) a notice of mootness, or

(c) a further status report advising the Court how counsel intends to proceed, within seven (7) days after the April 14, 2026 master calendar hearing in Petitioner's removal proceedings, or by May 1, 2026, whichever occurs first.

/////

/////

Petitioner is granted 30 additional days to complete and file the court's request to proceed in forma pauperis form in support of his motion for the appointment of counsel.

**IT IS SO ORDERED.**

**Dated:  March 16, 2026**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE