**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner
Vladimir Stephane Louis

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR STEPHANE LOUIS,<br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION FACILITY;<br>ICE/ERO SAN FRANCISCO FIELD OFFICE<br>DIRECTOR (Current or Acting);<br>DIRECTOR OF U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT (Current or<br>Acting);<br>SECRETARY OF THE DEPARTMENT OF<br>HOMELAND SECURITY (Current or<br>Acting);<br>UNITED STATES ATTORNEY GENERAL<br>(Current or Acting),<br>Respondents. | Case No. 1:26-cv-01414-DC-CKD<br><br>**STATUS REPORT OF APPOINTED<br>COUNSEL REGARDING RELATED<br>IMMIGRATION PROCEEDINGS;<br>REQUEST TO CONTINUE ABEYANCE** |

Petitioner filed this habeas action pro se. Following appointment, undersigned counsel has continued to investigate Petitioner's custody and removal posture and to coordinate with immigration counsel regarding near-term developments that are likely to resolve, moot, or materially narrow the issues presented by the pro se petition.

- 1 -

Immigration counsel has advised that the April 14, 2026 hearing was continued and Petitioner is now scheduled for a custody redetermination (bond) hearing on May 25, 2026. Counsel anticipates that the outcome of that hearing will materially affect Petitioner's custody posture and will inform whether this habeas action should proceed, be narrowed, or be voluntarily dismissed.

In light of the imminent immigration-court bond hearing and the likelihood that it will clarify or resolve Petitioner's custody status, undersigned counsel respectfully requests that this matter remain (or be held) in abeyance pending the result of the May 25, 2026 bond hearing, and that the Court set a deadline for a further status report shortly thereafter so the Court and Respondents may be promptly apprised of the outcome and counsel's intended next steps.

This Status Report is submitted to apprise the Court of developments and to request a short continuation of abeyance pending the bond hearing. It is not intended to concede any claim, defense, or remedy, and Petitioner reserves all rights.

Dated: April 27, 2026

Respectfully submitted,

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

By: /s/ Jan Karowsky
**JAN DAVID KAROWSKY**
Attorney for Petitioner
Vladimir Louis

## ORDER

Having considered the Status Report of Appointed Counsel Regarding Related Immigration Proceedings and Request to Hold Petition in Abeyance, and **good cause appearing**, the Court **ORDERS** as follows:

The Court's current deadline for Petitioner (A 231-452-588) to file an Amended Petition for Writ of Habeas Corpus and/or a Motion for Preliminary Injunctive Relief/Temporary Restraining Order (currently set for on or by May 1, 2026) is STAYED.

Appointed counsel shall file either:

(a) an amended petition and/or motion for preliminary relief,

(b) a notice of mootness, or

(c) a further status report advising the Court how counsel intends to proceed, within seven (7) days after the May 25, 2026 master calendar hearing in Petitioner's removal proceedings, or by June 1, 2026, whichever occurs first.

Petitioner is granted 30 additional days to complete and file the court's request to proceed in forma pauperis form in support of his motion for the appointment of counsel.

IT IS SO ORDERED.

Dated:  April 28, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE